IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA GRANADOS,

    Plaintiff,

v.                                                        No. 2:17-cv-00680-JCH-KRS

OTERO COUNTY SHERIFF'S DEP'T;
JOSHUA R. SIDES; JOHN EMORY;
CITY OF ALAMOGORDO;
OTERO COUNTY NEU AGENTS, Does
1-3; OTERO COUNTY SHERIFF'S DEP'T
SUPERVISORS, Does 1-3; BENNY HOUSE,
Otero County Sheriff,

    Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on November 20, 2017. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan as modified herein.

**IT IS, THEREFORE, ORDERED** that the parties shall adhere to the following discovery plan:

  (a) Maximum of 25 interrogatories per party to the other party with responses due 30 days after service.

  (b) Maximum of 25 requests for production per party to the other party with responses due 30 days after service.

  (c) Maximum of 25 requests for admission per party to the other party with responses due 30 days after service.

(d) Maximum of ten (10) depositions by each party, not to exceed 7.5 hours in duration each.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15:  **February 20, 2018**;

(b) Deadline for Defendants to join other parties or amend pleadings pursuant to Federal Rule of Civil Procedure 15:  **March 19, 2018**;

(c) Plaintiff's expert-disclosure deadline:  **March 19, 2018**;

(d) Defendants' expert-disclosure deadline:  **April 19, 2018**;

(e) Deadline for supplementing discovery/disclosures:  **Within 30 days of receiving information requiring supplementation.**

(f) Termination of discovery:  **June 21, 2018**;

(g) Motions relating to discovery:  **July 20, 2018**;

(h) All other motions, including dispositive and *Daubert* motions:  **August 1, 2018**;

(i) Pretrial order:   Plaintiff to Defendant by: **September 3, 2018**;

   Defendants to Court by: **September 10, 2018**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery.  Requests by a party to change the timing or scope of discovery must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery deadline.  A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline.  The parties are further reminded that the cutoff

for motions related to discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE